**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Angela N. Griffin,<br><br>        Debtor. | Case No. 22-11598-mdc<br><br>Chapter 13 |

### Debtor's Motion to Reinstate Case

**AND NOW**, Debtor Angela N. Griffin, by and through her attorney, moves this Court to reinstate this case. In support of this motion, the Debtor states as follows:

1. The Debtor filed this case under chapter 13 on June 20, 2022.

2. This case was dismissed on November 17, 2023, for failure to make plan payments.

3. The Debtor's trustee payments currently in arrears in the amount of $3,705.00 as of the payment that was due on November 20, 2023, which will increase to a total of $4,635.00 when the next payment becomes due on December 20, 2023.

4. The Debtor can cure the arrearage prior to the hearing on this Motion.

5. Accordingly, the Debtor requests that the Court reinstate this case.

**NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in her favor as may be necessary and proper under the law.

Date: November 28, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Edward Jacob Gruber
Edward Jacob Gruber (#334339)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com