**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Angela N. Griffin,<br><br>          Debtor. | Case No. 22-11598-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reinstate Case**

    **AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order dated November 17, 2023 (ECF No. 66) is **VACATED**.

3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this order.

Date: _____

                                            Magdeline D. Coleman
                                            Chief U.S. Bankruptcy Judge