# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Angela N. Griffin,

        Debtor.

Case No. 22-11598-mdc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Reinstate Case along with the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

WSFS (CM/ECF)

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

City of Philadelphia
Law Tax & Revenue Unit
1401 JFK Blvd, 5th Floor
Philadelphia PA 19102

US Department of HUD
52 Corporate Circle
Albany NY 12203

Date: November 28, 2023

/s/ Edward Jacob Gruber
Edward Jacob Gruber (#334339)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com