United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                              Case No. 22-11598-mdc

Angela N. Griffin                                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                      Page 1 of 3

Date Rcvd: Nov 28, 2023            Form ID: pdf900            Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela N. Griffin, 31 Westview Street, Philadelphia, PA 19119-2628 |
| 14701024 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14701027 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14701028 | + | RAS Legal Group, 133 Gaither Dr Ste F, Mount Laurel, NJ 08054-1710 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 00:59:38 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 29 2023 00:41:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14701019 | | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14736478 | | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14701018 | | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, Bankruptcy Unit, 1401 JFK Boulevard, Fifth Floor, Philadelphia, PA 19102 |
| 14705533 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2023 01:13:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14701020 | + | Email/Text: bankruptcy@philapark.org | Nov 29 2023 00:42:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14701021 | | Email/Text: bankruptcycourts@equifax.com | Nov 29 2023 00:41:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14701022 | ^ | MEBN | Nov 29 2023 00:34:29 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14701023 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2023 00:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14701454 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2023 01:13:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14734538 | | Email/PDF: bncnotices@becket-lee.com | Nov 29 2023 00:59:27 | Main Street Acquisition Corp., c/o Becket and Lee |

Case 22-11598-mdc   Doc 71   Filed 11/30/23   Entered 12/01/23 00:36:11   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| | | | LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14701025 | ^ MEBN | Nov 29 2023 00:34:44 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14701026 | + Email/Text: bankruptcy@philapark.org | Nov 29 2023 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14702969 | + Email/Text: RASEBN@raslg.com | Nov 29 2023 00:41:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14701029 | + Email/Text: bkteam@selenefinance.com | Nov 29 2023 00:41:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 14701030 | Email/Text: DASPUBREC@transunion.com | Nov 29 2023 00:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14701031 | + Email/Text: karen.brown@treasury.gov | Nov 29 2023 00:41:00 | U.S. Department of the Treasury, Attn: Bankruptcy, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |
| 14753302 | + Email/Text: james.r.shear@hud.gov | Nov 29 2023 00:42:00 | US Department of HUD, 52 Corporate Circle, Albany NY 12203-5166 |
| 14828741 | + Email/Text: RASEBN@raslg.com | Nov 29 2023 00:41:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14828873 | + Email/Text: RASEBN@raslg.com | Nov 29 2023 00:41:00 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Michelle L. McGowan Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14703377 | + Email/Text: RASEBN@raslg.com | Nov 29 2023 00:41:00 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14716072 | + Email/Text: bkteam@selenefinance.com | Nov 29 2023 00:41:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance, LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023          Signature:          /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Debtor Angela N. Griffin mail@cibiklaw.com  cibiklawpc@jubileebk.net;cibiklaw@recap.email

MICHAEL I. ASSAD
on behalf of Debtor Angela N. Griffin mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com;cibiklaw@recap.email

MICHELLE L. MCGOWAN
on behalf of Creditor Wilmington Savings Fund Society mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                Chapter 13
ANGELA  N. GRIFFIN

            Debtor                    Bankruptcy No. 22-11598-MDC

## ORDER

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

      **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date November 17, 2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge