United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-11598-mdc
Angela N. Griffin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 05, 2024      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela N. Griffin, 31 Westview Street, Philadelphia, PA 19119-2628 |
| 14701024 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14701027 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14701028 | + | RAS Legal Group, 133 Gaither Dr Ste F, Mount Laurel, NJ 08054-1710 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2024 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 05:07:49 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 06 2024 02:48:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14701019 | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14736478 | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14701018 | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, Bankruptcy Unit, 1401 JFK Boulevard, Fifth Floor, Philadelphia, PA 19102 |
| 14705533 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 06 2024 05:07:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14701020 | + | Email/Text: bankruptcy@philapark.org | Jan 06 2024 02:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14701021 | | Email/Text: bankruptcycourts@equifax.com | Jan 06 2024 02:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14701022 | ^ | MEBN | Jan 06 2024 01:47:16 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14701023 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2024 02:48:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14701454 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2024 05:18:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14734538 | | Email/PDF: bncnotices@becket-lee.com | Jan 06 2024 05:08:12 | Main Street Acquisition Corp., c/o Becket and Lee |

Case 22-11598-mdc   Doc 74   Filed 01/07/24   Entered 01/08/24 00:31:01   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | Notice Type | Date Sent | Name and Address |
|---|---|---|---|
| | | | LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14701025 | ^ MEBN | Jan 06 2024 01:47:25 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14701026 | + Email/Text: bankruptcy@philapark.org | Jan 06 2024 02:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14702969 | + Email/Text: RASEBN@raslg.com | Jan 06 2024 02:48:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14701029 | + Email/Text: bkteam@selenefinance.com | Jan 06 2024 02:48:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 14701030 | Email/Text: DASPUBREC@transunion.com | Jan 06 2024 02:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14701031 | + Email/Text: karen.brown@treasury.gov | Jan 06 2024 02:48:00 | U.S. Department of the Treasury, Attn: Bankruptcy, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |
| 14753302 | + Email/Text: james.r.shear@hud.gov | Jan 06 2024 02:49:00 | US Department of HUD, 52 Corporate Circle, Albany NY 12203-5166 |
| 14828741 | + Email/Text: RASEBN@raslg.com | Jan 06 2024 02:48:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14828873 | + Email/Text: RASEBN@raslg.com | Jan 06 2024 02:48:00 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Michelle L. McGowan Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14703377 | + Email/Text: RASEBN@raslg.com | Jan 06 2024 02:48:00 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14716072 | + Email/Text: bkteam@selenefinance.com | Jan 06 2024 02:48:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance, LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024     Signature:     /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Jan 05, 2024 Form ID: pdf900 Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkecf@friedmanvartolo.com |
| EDWARD JACOB GRUBER | on behalf of Debtor Angela N. Griffin mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Angela N. Griffin mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL I. ASSAD | on behalf of Debtor Angela N. Griffin mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Wilmington Savings Fund Society mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Angela N. Griffin,<br><br>        Debtor. | Case No. 22-11598-mdc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Reinstate Case**

**AND NOW**, upon consideration of the Debtor's Motion to Reinstate Case, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Court's order dated November 17, 2023 (ECF No. 66) is **VACATED**.

3. The above-captioned bankruptcy case is **REINSTATED** effective upon the entry of this order.

Date:  January 5, 2024

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge