**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re: <br><br> Angela N. Griffin, <br>       Debtor. <br><br> Selene Finance, LP as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, <br>       Movant, <br><br>        v. <br> Angela N. Griffin, <br>       Debtor/Respondent, <br><br> Kenneth E. West, <br>       Trustee/Additional Respondent. | Bankruptcy No. 22-11598-DJB <br><br> Chapter 13 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>July 7, 2025</u>, I caused to have the foregoing Certificate of Default filed with the Clerk of Court via the CM/ECF system, and caused a true and correct copy to be served via CM/ECF or to the following parties:

Angela N. Griffin
31 Westview Street
Philadelphia, PA 19119

MICHAEL A. CIBIK, ESQ.
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/ Sherri R. Dicks
Sherri R. Dicks, Esq.
PA Bar Number 90600
Email: sdicks@raslg.com