**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Angela N. Griffin,<br><br>*Debtor*. | Case No. 22-11598-DJB<br>Chapter 13<br>Related to ECF No. 93 |

## Debtor's Objection to Certification of Default

Debtor Angela N. Griffin, through her attorney, hereby objects to the certification of default filed by U.S. Bank Trust National Association at ECF No. 93 and asks to be heard by the Court before the entry of a final order on the grounds that the Debtor is waiting for confirmation of receipt of a payment that would cure the default.

Date: July 8, 2025

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com