## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Angela N. Griffin,<br><br>*Debtor*. | Case No. 22-11598-DJB<br>Chapter 13<br>Related to ECF No. 94 |

### Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Objection to Certification of Default which was filed with the Court on July 8, 2025, as ECF No. 94. Thank you.

Date: September 4, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com