United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 22-11598-djb
Angela N. Griffin   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Oct 09, 2025   Form ID: pdf900   Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela N. Griffin, 31 Westview Street, Philadelphia, PA 19119-2628 |
| 14701024 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14701027 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14701028 | + | RAS Legal Group, 133 Gaither Dr Ste F, Mount Laurel, NJ 08054-1710 |
| 14701031 | + | U.S. Department of the Treasury, Attn: Bankruptcy, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |
| 14753302 | + | US Department of HUD, 52 Corporate Circle, Albany NY 12203-5166 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 10 2025 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:40 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14701018 | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | City of Philadelphia, Bankruptcy Unit, 1401 JFK Boulevard, Fifth Floor, Philadelphia, PA 19102 |
| 14701019 | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14736478 | | Email/Text: megan.harper@phila.gov | Oct 10 2025 00:12:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14705533 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 10 2025 00:23:39 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14701020 | + | Email/Text: bankruptcy@philapark.org | Oct 10 2025 00:12:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14701021 | | Email/Text: bankruptcycourts@equifax.com | Oct 10 2025 00:12:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14701022 | ^ | MEBN | Oct 10 2025 00:10:14 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |

Case 22-11598-djb   Doc 106   Filed 10/11/25   Entered 10/12/25 00:39:21   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14701023 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 10 2025 00:12:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14701454 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 10 2025 00:23:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14734538 | | Email/PDF: bncnotices@becket-lee.com | Oct 10 2025 00:23:39 | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14701025 | ^ | MEBN | Oct 10 2025 00:10:18 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14701026 | + | Email/Text: bankruptcy@philapark.org | Oct 10 2025 00:12:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14702969 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14701029 | + | Email/Text: bkteam@selenefinance.com | Oct 10 2025 00:12:00 | Selene Finance, PO Box 422039, Houston, TX 77242-4239 |
| 14701030 | | Email/Text: DASPUBREC@transunion.com | Oct 10 2025 00:12:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14914847 | + | Email/Text: bkteam@selenefinance.com | Oct 10 2025 00:12:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15005275 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14828741 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14828873 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Michelle L. McGowan Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14703377 | + | Email/Text: RASEBN@raslg.com | Oct 10 2025 00:12:00 | Wilmington Savings Fund Society, FSB, dba Christiana Trust, c/o Charles Wohlrab, Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14716072 | + | Email/Text: bkteam@selenefinance.com | Oct 10 2025 00:12:00 | Wilmington Savings Fund Society, FSB, d/b/a Christ, c/o Selene Finance, LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2025 | Form ID: pdf900 | Total Noticed: 32 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2025 at the address(es) listed below:

**Name**        **Email Address**

EDWARD JACOB GRUBER

on behalf of Debtor Angela N. Griffin help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

JORDAN MATTHEW KATZ

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION jkatz@raslg.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK

on behalf of Debtor Angela N. Griffin help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor Wilmington Savings Fund Society mimcgowan@raslg.com

SHERRI DICKS

on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    ANGELA N. GRIFFIN

        Debtor

Chapter 13

Bankruptcy No. 22-11598-DJB

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 9, 2025**